Shabnam Malek (CA Bar No. 240087)
shabnam@brandandbranch.com
Amanda R. Conley (CA Bar No. 281270)
amanda@brandandbranch.com

BRAND & BRANCH LLP
5614 Picardy Drive N
Oakland, CA 94605
Telephone: (510) 984-4285
Facsimile:  (855) 420-6922

Attorneys for Plaintiff
WALLER UNION INC. D/B/A MEADOW CARE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WALLER UNION INC. D/B/A MEADOW CARE, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAZE SOLUTIONS, INC., a Delaware corporation, and Keith McCarty Jr., an individual,<br><br>Defendants. | Case No.: 3:15-cv-2613-VC<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE AND** ~~**PROPOSED**~~ **ORDER** |

**TO THE HONORABLE VINCE CHHABRIA:**

Plaintiff Waller Union Inc. d/b/a Meadow Care ("Meadow"), hereby applies *ex parte* for an order continuing the Case Management Conference presently set for Tuesday, August 11 at 10:00 AM. Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date approximately forty-five (45) to sixty (60) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet served the initiating documents on defendants Eaze Solutions, Inc. and Keith McCarty Jr.,

---

because the parties are engaged in ongoing negotiations in an effort to settle this matter without burdening the court. As a result, Plaintiff's counsel has not conferred with the defendants concerning discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference, presently scheduled for Tuesday, August 11 at 10:00 AM.

Respectfully submitted,

Dated: August 3, 2015

BY:

Amanda R. Conley
**BRAND & BRANCH LLP**

Attorneys for Plaintiff
WALLER UNION INC. D/B/A
MEADOW CARE

---

PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER CONTINUING
CASE MANAGEMENT CONFERENCE

CASE NO.: 3:15-CV-2613-VC

2

**ORDER (Proposed)**

It is hereby ordered that the Case Management Conference in civil action number 3:15-cv-2613-VC styled *Waller Union, Inc. v. Eaze Solutions, Inc. et al.* is hereby continued from Tuesday, August 11 at 10:00 AM to September 29, 2015 at 10:00 a.m.

**IT IS SO ORDERED:**

Date: August 5, 2015

---

**THE HONORABLE VINCE CHHABRIA**
**United States District Court**
**Northern District of California**