Shabnam Malek (CA Bar No. 240087)
shabnam@brandandbranch.com
Amanda R. Conley (CA Bar No. 281270)
amanda@brandandbranch.com

BRAND & BRANCH LLP
5614 Picardy Drive N
Oakland, CA 94605
Telephone: (510) 984-4285
Facsimile:  (855) 420-6922

Attorneys for Plaintiff
WALLER UNION INC. D/B/A MEADOW CARE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WALLER UNION INC. D/B/A MEADOW CARE, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAZE SOLUTIONS, INC., a Delaware corporation, and Keith McCarty Jr., an individual,<br><br>Defendants. | Case No.: 3:15-cv-2613-VC<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

**TO THE HONORABLE VINCE CHHABRIA:**

Plaintiff Waller Union Inc. d/b/a Meadow Care ("Meadow"), hereby files this notice of dismissal of all claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not been served and have not appeared in this proceeding. The parties have resolved the matter and entered into a settlement agreement.

**WHEREFORE**, Plaintiff respectfully requests that this Court dismiss this Case No. 3:15-cv-2613 in its entirety.

Respectfully submitted,

Dated: November 10, 2015

BY:

Amanda R. Conley
**BRAND & BRANCH LLP**

Attorneys for Plaintiff
WALLER UNION INC. D/B/A
MEADOW CARE

---

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE          CASE NO.: 3:15-CV-2613-VC

**ORDER** (Proposed)

It is hereby ordered that the Case Number 3:15-cv-2613-VC styled *Waller Union, Inc. v. Eaze Solutions, Inc. et al.* shall be dismissed in its entirety, with prejudice.

**IT IS SO ORDERED:**   Date: November 13, 2015

_____
**THE HONORABLE VINCE CHHABRIA**
**United States District Court**
**Northern District of California**

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE          CASE NO.: 3:15-CV-2613-VC
3